IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON,<br>Plaintiff, | § | |
| VS. | § | Civil Action No. 3:26-CV-00051 |
| VITALCORE HEALTH STRATEGIES, LLC f/k/a VIOLA RIGGIN, LLC<br>Defendant. | § | |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant VitalCore Health Strategies, LLC f/k/a Viola Riggin, LLC gives notice of the following corporate interests:

Defendant VitalCore Health Strategies, LLC is unaware of any publicly held company that owns 10% or more of the capital stock of VitalCore Health Strategies, LLC. Further, VitalCore Health Strategies, LLC, is a Kansas limited liability corporation, with its principal executive office in Topeka, Kansas.

VitalCore Health Strategies, LLC has two members: Viola Riggin and Vitalcore Associates, LLC.

1. Viola Riggin is domiciled within Kansas and is therefore a citizen of Kansas.
2. Vitalcore Associates, LLC is a foreign limited liability company organized in the state of Kansas with three members: Larry Anderson, Viola Riggin, and Lorelei Ammons. All three members are domiciled in Kansas and are therefore citizens of Kansas. Because all of its members are citizens of Kansas, Vitalcore Associates, LLC is a citizen of Kansas.

Respectfully submitted,

Gordon Rees Scully Mansukhani

B y : */s/ Taylor Yetter*
**CHRISTOPHER C. EGE**
State Bar No. 24029532
cege@grsm.com
**TAYLOR R. YETTER**
State Bar No. 24102672
tyetter@grsm.com
2705 Bee Caves Road, Suite 220
Austin, Texas 78746
(512) 391-0197
(512) 391-0183 (Fax)

**ATTORNEYS FOR DEFENDANT VITALCORE HEALTH STRATEGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the foregoing document has been sent via electronic service to counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 2bd day of June, 2026.

Peter C. Tipps
Peter.tipps@nortonrosefulbright.com
Victoria Bliss
Victoria.bliss@nortonrosefulbright.com
Norton, Rose, Fulbright US, LLP
1550 Lamar St., Suite 2000
Houston, Texas 77010-3095
Phone: (713) 6511-5151

*/s/ Taylor Yetter*
**TAYLOR YETTER**