IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON, Plaintiff, | § § § § | |
| VS. | § | Civil Action No. 3:26-CV-00051 |
| VITALCORE HEALTH STRATEGIES, LLC f/k/a VIOLA RIGGIN, LLC Defendant. | § § § § | |

DEFENDANT VITALCORE HEALTH STRATEGIES, LLC'S INITIAL DISCLOSUES

TO: Plaintiff, The University of Texas Medical Branch at Galveston, by and through her attorneys of record, Peter C. Tipps and Victoria Bliss Norton, Rose, Fulbright US, LLP 1550 Lamar St., Suite 2000 Houston, Texas 77010.

Defendant VitalCore Health Strategies, LLC ("VitalCore" herein), makes these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1). VitalCore makes its Rule 26 disclosures in good faith and to the best of its ability. VitalCore reserves the right to supplement the disclosures as the facts underlying Plaintiff's allegations become available to it.

**A. Witnesses:**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

VitalCore identifies the following individuals as likely to have discoverable information that VitalCore may use to support its claims or defenses. All communications with VitalCore's current or former employees, agents, or consultants should be made through VitalCore's counsel in this case.

1. Viola Riggin

Ms. Riggin is VitalCore's founder and Chief Executive Officer and executed the Health Services Agreement – Inmate Care.

2. Nikki Gilliland

Ms. Gilliland is VitalCore's President of Administration and was actively involved in payment communications with Plaintiff.

3. Tim Keck

Mr. Keck is VitalCore's President of Ancillary Services and attended calls with UTMB on behalf of VitalCore to discuss payment.

4. Shannon Meyer

Ms. Meyer is VitalCore's Chief Operating Officer and was involved in payment discussions.

5. Stephanie Havens

Ms. Havens is VitalCore's Director of Accounts Payable and was responsible for sending EOBs (Explanations of Benefits) for services UTMB rendered on behalf of VitalCore.

6. Paul Millette

Mr. Millette works for VitalCore and was also privy to communications regarding payment.

7. Natalie Nelson

Ms. Nelson is an employee of VitalCore and may have knowledge of information related to this lawsuit.

8. Amber Tyson

Ms. Tyson is an employee of VitalCore and may have knowledge of information related to this lawsuit.

The following employees of UTMB are also likely to have discoverable information that VitalCore may use to support its claims or defenses.

1. Eryn E. Doggett

Ms. Doggett is a Payor Relations Administrator for UTMB and was privy to meetings and communications with Defendant.

2. Brooke Duke

Ms. Duke is a Payor Relations Administrator for UTMB and was privy to meetings and communications with VitalCore.

3. Kent Pickering

Mr. Pickering is the VP of Managed Care & CCS for UTMB and sent letters requesting payment to VitalCore.

4. Delores A. Santos

Ms. Santos is the Revenue Cycle Team Leader for UTMB and was privy to meetings and communications with VitalCore.

5. Mary Y. Smith

Ms. Smith is the Manager of Revenue Cycle Operations for UTMB and was privy to meetings and communications with VitalCore.

6. Kristi Morgan Turner

Ms. Turner is the Director, RCO Financial Clearance for UTMB and was privy to meetings and communications with VitalCore.

7. Gabriela Villarreal

Ms. Villarreal is the Director of Payor Relations for UTMB and was privy to meetings and communications with VitalCore.

Any and all persons with knowledge of relevant facts designated by Plaintiff in this case.

VitalCore reserves the right to amend this response.

**B. Documents:**

A copy of, or a description by category and location of, all documents, electronically stored information and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

1. The Health Services Agreement.
2. Documents showing the explanation of benefits reducing the invoices sent by UTMB
3. Documents showing payments made by VitalCore to UTMB

VitalCore may utilize and rely on documents that will be obtained during discovery, either through record collection services, subpoena, request for production, or otherwise. VitalCore may also use and rely on records designated and produced by Plaintiff.

VitalCore may also use any document or exhibit discussed, used, introduced, or attached to any deposition that has been or will be taken in this matter or that have been produced in response to any discovery request.

VitalCore reserves the right to supplement this response.

**C. Computations of Damages:**

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged as protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

VitalCore does not seek to recover any economic damages herein. Further responding, the Plaintiff's damages are $0 for the reason that VitalCore has paid UTMB in full.

**D. Insurance Agreements:**

For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

None.

Gordon Rees Scully Mansukhani

By: */s/ Taylor Yetter*
**CHRISTOPHER C. EGE**
State Bar No. 24029532
cege@grsm.com
**TAYLOR R. YETTER**
State Bar No. 24102672
tyetter@grsm.com

2705 Bee Caves Road, Suite 220
Austin, Texas 78746
(512) 391-0197
(512) 391-0183 (Fax)

**ATTORNEYS FOR DEFENDANT VITALCORE HEALTH STRATEGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the foregoing document has been sent via electronic service to counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 22nd day of June, 2026.

Peter C. Tipps
Peter.tipps@nortonrosefulbright.com
Victoria Bliss
Victoria.bliss@nortonrosefulbright.com
Norton, Rose, Fulbright US, LLP
1550 Lamar St., Suite 2000
Houston, Texas 77010-3095
Phone: (713) 6511-5151

/s/ *Taylor Yetter*
**TAYLOR YETTER**